```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00124-HWV
Anthony Hayes                                                       Chapter 13
Jennifer Rhee Hayes
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1        User: LyndseyPr        Page 1 of 1         Date Rcvd: Feb 06, 2018
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
cr          ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
             (address filed with court:  Credit Acceptance Corporation,   25505 West 12 Mile Road,
               Southfield, MI  48034)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Anthony  Hayes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br>ANTHONY HAYES<br>JENNIFER RHEE HAYES<br>**Debtor(s)**<br><br>CREDIT ACCEPTANCE CORPORATION<br>**Movant**<br><br>v.<br><br>ANTHONY HAYES<br>JENNIFER RHEE HAYES<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 1:18-00124 (HWV)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the Motion of Credit Acceptance Corporation, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2010 Chevrolet Equinox** bearing vehicle identification number 2CNFLGEW4A6379340 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

~

Dated: February 06, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(KB)