```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                           Case No. 18-00124-HWV
Anthony Hayes                                                                    Chapter 13
Jennifer Rhee Hayes
       Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: LyndseyPr            Page 1 of 2            Date Rcvd: Feb 26, 2018
                               Form ID: ntcnfhrg          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
```
db/jdb         +Anthony Hayes,    Jennifer Rhee Hayes,    2961 Philadelphia Avenue,    Chambersburg, PA 17201-8967
5011453        +AAA Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
5011456        +CBNA / The Home Depot,     PO Box 6497,    Sioux Falls, SD 57117-6497
5011457       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI 48034-8316)
5011459        +CWS / Nexus,   101 Crossways Park Drive West,    Woodbury, NY 11797-2020
5026365         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5011455         Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5023964         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5011461        +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
5011462        +First Savings,    PO Box 5019,    Sioux Falls, SD 57117-5019
5011463        +Fortiva / Atlanticus,    PO Box 10555,    Atlanta, GA 30310-0555
5011464        +Franklin County Area Tax Bureau,    443 Stanley Avenue,    Chambersburg, PA 17201-3628
5011467        +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
5011470        +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5011477        +State of Maryland / CCU,    300 West Preston Street, Suite 503,    Baltimore, MD 21201-2308
5011478        +Toyota Motor Credit Company,    240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5011454         E-mail/Text: bnckohlsnotices@becket-lee.com Feb 26 2018 19:24:12     Capital One Bank / Kohl's,
                N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5011458        +E-mail/Text: abovay@creditmanagementcompany.com Feb 26 2018 19:24:57
                Credit Management Company,    Attn: Bankruptcy Department,    2121 Noblestown Road,
                Pittsburgh, PA 15205-3956
5013434         E-mail/Text: mrdiscen@discover.com Feb 26 2018 19:24:08     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5011460         E-mail/Text: mrdiscen@discover.com Feb 26 2018 19:24:08     Discover Financial Services, LLC,
                PO Box 3025,   New Albany, OH 43054-3025
5011465        +E-mail/Text: cio.bncmail@irs.gov Feb 26 2018 19:24:20    Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5011466        +E-mail/Text: bnc-quantum@quantum3group.com Feb 26 2018 19:24:32
                JH Portfolio Debt Equities, LLC,    PO Box 788,    Kirkland, WA 98083-0788
5011468        +E-mail/Text: ebn@ltdfin.com Feb 26 2018 19:24:28     LTD Financial Services,
                7322 Southwest Freeway, Suite 1,    Houston, TX 77074-2010
5011469        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2018 19:28:17     LVNV Funding, LLC,
                PO Box 10497,    Greenville, SC 29603-0497
5011471        +E-mail/Text: bkr@cardworks.com Feb 26 2018 19:24:06     Merrick Bank,    PO Box 9201,
                Old Bethpage, NY 11804-9001
5015347        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 26 2018 19:24:43     Midland Funding, LLC,
                Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
5011472        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 26 2018 19:24:43     Midland Funding, LLC,
                2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5011473         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2018 19:24:39     PA Department of Revenue,
                Attn: Bankruptcy Division,    PO Box 280496,    Harrisburg, PA 17128-0946
5011476         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2018 19:34:05
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
5011663        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2018 19:49:11
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5011474        +E-mail/Text: bankruptcy@loanpacific.com Feb 26 2018 19:25:12     Pacific Union Financial,
                1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5011475        +E-mail/Text: bankruptcy@patriotfcu.org Feb 26 2018 19:24:49     Patriot Federal Credit Union,
                800 Wayne Avenue,   PO Box 778,    Chambersburg, PA 17201-0778
5016047        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2018 19:24:39
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          Paul Donald Murphy-Ahles    on behalf of Debtor 1 Anthony   Hayes pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anthony Hayes
Jennifer Rhee Hayes

Debtor(s)

Chapter 13

Case No. 1:18−bk−00124−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**April 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 18, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2018 |