```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 18-00124-HWV
Anthony Hayes                                                     Chapter 13
Jennifer Rhee Hayes
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: LyndseyPr              Page 1 of 2              Date Rcvd: Oct 25, 2018
                             Form ID: ntpasnh             Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db/jdb         +Anthony Hayes,    Jennifer Rhee Hayes,    2961 Philadelphia Avenue,    Chambersburg, PA 17201-8967
5011453        +AAA Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
5011456        +CBNA / The Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
5011457       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,      25505 West 12 Mile Road,
                  Southfield, MI 48034-8316)
5037310         CW Nexus Credit Card Holdings l, LLC,     Resurgent Capital Services,    PO Box 10368,
                  Greenville, SC 29603-0368
5011459        +CWS / Nexus,    101 Crossways Park Drive West,     Woodbury, NY 11797-2020
5023964         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5011461        +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
5011462        +First Savings,    PO Box 5019,    Sioux Falls, SD 57117-5019
5011463        +Fortiva / Atlanticus,    PO Box 10555,    Atlanta, GA 30310-0555
5011464        +Franklin County Area Tax Bureau,    443 Stanley Avenue,    Chambersburg, PA 17201-3628
5011467        +KML Law Group, PC,    BNY Mellon Independence Center,     701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
5011470        +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5030813        +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,     Irving, Texas 75063-6046
5011477        +State of Maryland / CCU,    300 West Preston Street, Suite 503,     Baltimore, MD 21201-2308
5011478        +Toyota Motor Credit Company,    240 Gibraltar Road, Suite 260,     Horsham, PA 19044-2387
5027759        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5026365         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 19:05:41
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5011454         E-mail/Text: bnckohlsnotices@becket-lee.com Oct 25 2018 19:02:10     Capital One Bank / Kohl’s,
                  N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5011455         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 19:06:13
                  Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5011458        +E-mail/Text: abovay@creditmanagementcompany.com Oct 25 2018 19:02:31
                  Credit Management Company,    Attn: Bankruptcy Department,    2121 Noblestown Road,
                  Pittsburgh, PA 15205-3956
5013434         E-mail/Text: mrdiscen@discover.com Oct 25 2018 19:02:07      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5011460         E-mail/Text: mrdiscen@discover.com Oct 25 2018 19:02:07      Discover Financial Services, LLC,
                  PO Box 3025,    New Albany, OH 43054-3025
5011465        +E-mail/Text: cio.bncmail@irs.gov Oct 25 2018 19:02:11     Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
5011466        +E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 19:02:16
                  JH Portfolio Debt Equities, LLC,    PO Box 788,    Kirkland, WA 98083-0788
5011468        +E-mail/Text: ebn@ltdfin.com Oct 25 2018 19:02:14     LTD Financial Services,
                  7322 Southwest Freeway, Suite 1,    Houston, TX 77074-2010
5011469        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 19:06:23     LVNV Funding, LLC,
                  PO Box 10497,    Greenville, SC 29603-0497
5037309         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 19:05:52
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5037235         E-mail/Text: bkr@cardworks.com Oct 25 2018 19:02:04      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5011471        +E-mail/Text: bkr@cardworks.com Oct 25 2018 19:02:04      Merrick Bank,    PO Box 9201,
                  Old Bethpage, NY 11804-9001
5015347        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2018 19:02:20      Midland Funding, LLC,
                  Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                  Warren, MI 48090-2011
5011472        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2018 19:02:20      Midland Funding, LLC,
                  2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
5011473         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 19:02:17     PA Department of Revenue,
                  Attn: Bankruptcy Division,    PO Box 280496,    Harrisburg, PA 17128-0946
5011476         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 19:06:43
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
5028247         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 19:05:42
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5011663        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 19:05:42
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5011474        +E-mail/Text: bankruptcy@loanpacific.com Oct 25 2018 19:02:37     Pacific Union Financial,
                  1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
5011475        +E-mail/Text: bankruptcy@patriotfcu.org Oct 25 2018 19:02:24     Patriot Federal Credit Union,
                  800 Wayne Avenue,    PO Box 778,    Chambersburg, PA 17201-0778
5016047        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 19:02:17
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
5030088        +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 25 2018 19:02:26     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0314-1           User: LyndseyPr              Page 2 of 2                  Date Rcvd: Oct 25, 2018
                               Form ID: ntpasnh             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                    TOTAL: 23

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                  Southfield, MI  48034)
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5036391*       +Mariner Finance, LLC,   8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Anthony  Hayes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                     TOTAL: 7
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re:<br><br>  Anthony Hayes<br><br>  **Debtor 1**<br><br>  Jennifer Rhee Hayes<br><br>  **Debtor 2** | Chapter: 13<br><br>Case number: 1:18−bk−00124−HWV<br><br>Document Number: 41<br><br>Matter: Motion for Mortgage Modification |
| --- | --- |

| Notice |
| --- |

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **November 15, 2018**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 25, 2018 |

ntpasnh(05/18)