**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anthony Hayes  **Chapter** 13
Jennifer Rhee Hayes
    **Debtor(s)**  **Case No.** 1:18-BK-00124-HWV

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM** | **TO** |
|---|---|
| LTD Financial Services<br>7322 Southwest Freeway, Suite 1<br>Houston, TX 77074-2010 | LTD Financial Services<br>3200 Wilcrest Drive, Suite 600<br>Houston, TX 77042 |

| Date: November 2, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |
|---|---|