**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anthony Hayes  **Chapter** 13
Jennifer Rhee Hayes
      **Debtor(s)**  **Case No.** 1:18-BK-00124-HWV

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM** | **TO** |
|---|---|
| Fortiva / Atlanticus<br>PO Box 10555<br>Atlanta, GA 30310-0555 | Fortiva / Atlanticus<br>PO Box 10555<br>Atlanta, GA 30348-5555 |

| Date: November 6, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |
|---|---|