```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 18-00124-HWV
Anthony Hayes                                                   Chapter 13
Jennifer Rhee Hayes
        Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: May 08, 2019
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
       +Ventura Foods, LLC,   Attn: Payroll Administrator,   1501 Orchard Drive,
        Chambersburg, PA 17201-4817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as successor
         by Merger to Pacific Union Financial, LLC pa-bk@logs.com
        Paul Donald Murphy-Ahles    on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        Paul Donald Murphy-Ahles    on behalf of Debtor 1 Anthony  Hayes pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                 TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anthony Hayes<br>**Debtor 1**<br>Jennifer Rhee Hayes<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18-BK-00124-HWV<br><br>Matter: Motion for Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Third Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Anthony Hayes, receives income from:

Ventura Foods, LLC
Attn: Payroll Administrator
1501 Orchard Drive
Chambersburg, PA 17201

Should deduct from said Debtor 1's income the sum of **$173.08** from each **weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: May 8, 2019

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (JH)