```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                      Case No. 18-00124-HWV
Anthony Hayes                                               Chapter 13
Jennifer Rhee Hayes
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: DDunbar            Page 1 of 1            Date Rcvd: Jul 25, 2019
                               Form ID: ntcltrdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
5011464        +Franklin County Area Tax Bureau,   443 Stanley Avenue,   Chambersburg, PA 17201-3628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as successor
               by Merger to Pacific Union Financial, LLC pa-bk@logs.com
              Paul Donald Murphy-Ahles     on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles     on behalf of Debtor 1 Anthony  Hayes pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony Hayes,
    **Debtor 1**

Jennifer Rhee Hayes,
    **Debtor 2**

Chapter 13

Case No. 1:18−bk−00124−HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#23) has been filed by the Debtor on behalf of Franklin County Area Tax Bureau in the amount of $1000.00.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 25, 2019

ntcltrdb 05/18