United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                                                        Case No. 18-00124-HWV
Anthony Hayes                                                                                Chapter 13
Jennifer Rhee Hayes
     Debtor(s)

## CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                                          Page 1 of 2
Date Rcvd: Jan 07, 2021                Form ID: pdf010                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**           **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID**              **Recipient Name and Address**
                  +    Ventura Foods, LLC, Attn: Payroll Administrator, 1501 Orchard Drive, Chambersburg, PA 17201-4817

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                                Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by Merger to Pacific Union Financial LLC pabk@logs.com, logsecf@logs.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by Merger to Pacific Union Financial LLC pa-bk@logs.com |

Kristen D Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by Merger to Pacific Union Financial  LLC
    pabk@logs.com, klittle@logs.com;logsecf@logs.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 1 Anthony Hayes pmurphy@dplglaw.com  kgreene@dplglaw.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anthony Hayes<br>**Debtor 1**<br>Jennifer Rhee Hayes<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-00124-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$520.15** from each **bi-weekly** paycheck.

Dated: January 7, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)