United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Anthony Hayes

Jennifer Rhee Hayes

    Debtors

Case No. 18-00124-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Hayes, Jennifer Rhee Hayes, 2961 Philadelphia Avenue, Chambersburg, PA 17201-8967 |
| 5011453 | + | AAA Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 5011456 | + | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5011459 | + | CWS / Nexus, 101 Crossways Park Drive West, Woodbury, NY 11797-2020 |
| 5011454 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5011462 | + | First Savings, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5011463 | + | Fortiva / Atlanticus, PO Box 10555, Atlanta, GA 30310-0555 |
| 5011464 | + | Franklin County Area Tax Bureau, 443 Stanley Avenue, Chambersburg, PA 17201-3628 |
| 5011467 | + | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5011468 | + | LTD Financial Services, 3200 Wilcrest Drive, Suite 600, Houston, TX 77042-6000 |
| 5011470 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5181583 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5181584 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096 Dallas, TX 75261-9096 |
| 5011474 | | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 5030813 | | Pacific Union Financial, 1603 Lyndon B. Johnson Freeway, Ste 500, Farmers Branch, TX 75234-6071 |
| 5011477 | + | State of Maryland / CCU, 300 West Preston Street, Suite 503, Baltimore, MD 21201-2308 |
| 5027759 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5011457 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 14 2021 19:15:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034-8316 |
| 5037310 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2021 19:08:37 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5026365 | | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5011455 | | EDI: CAPITALONE.COM | Apr 14 2021 22:53:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5023964 | | EDI: BL-BECKET.COM | Apr 14 2021 22:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5011458 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 14 2021 19:15:00 | Credit Management Company, Attn: Bankruptcy Department, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5013434 | | EDI: DISCOVER.COM | Apr 14 2021 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5011460 | | EDI: DISCOVER.COM | Apr 14 2021 22:53:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 5011461 | + | EDI: AMINFOFP.COM | Apr 14 2021 22:53:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5011465 | + | EDI: IRS.COM | Apr 14 2021 22:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5011466 | + | EDI: Q3G.COM | Apr 14 2021 22:53:00 | JH Portfolio Debt Equities, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5011469 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 19:08:39 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5037309 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2021 19:08:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037235 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2021 19:10:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5011471 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2021 19:10:56 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5011472 | + | EDI: MID8.COM | Apr 14 2021 22:53:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 5015347 | + | EDI: MID8.COM | Apr 14 2021 22:53:00 | Midland Funding, LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5011473 | | EDI: PENNDEPTREV | Apr 14 2021 22:53:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5011473 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 19:15:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5011476 | | EDI: PRA.COM | Apr 14 2021 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5028247 | | EDI: PRA.COM | Apr 14 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5011663 | + | EDI: PRA.COM | Apr 14 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5011475 | + | Email/Text: bankruptcy@patriotfcu.org | Apr 14 2021 19:15:00 | Patriot Federal Credit Union, 800 Wayne Avenue, PO Box 778, Chambersburg, PA 17201-0778 |
| 5016047 | + | EDI: PENNDEPTREV | Apr 14 2021 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5016047 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2021 19:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5030088 | + | EDI: JEFFERSONCAP.COM | Apr 14 2021 22:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5011478 | + | EDI: TFSR.COM | Apr 14 2021 22:53:00 | Toyota Motor Credit Company, 240 Gibraltar Road, Suite 260, Horsham, PA 19044-2387 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5163802 | | Nationstar Mortgage LLC d/b/a Mr. Cooper as succes, 8950 Cypress Waters Blvd, Coppell, Texas |

| | | |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036391 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021       Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by Merger to Pacific Union Financial  LLC pabk@logs.com, logsecf@logs.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by Merger to Pacific Union Financial  LLC pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as successor by Merger to Pacific Union Financial  LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Jennifer Rhee Hayes pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Anthony Hayes pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Anthony Hayes,

**Debtor 1**

Jennifer Rhee Hayes,

**Debtor 2**

Chapter          13

Case No.          1:18−bk−00124−HWV

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  April 14, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)